FILED

08/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0273

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Case No. DA 21-0273

R.S. and D.S.,

        Plaintiffs and Appellants,

vs.

United States Automobile Association,

        Defendants and Appellee.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

On Appeal from the Montana Thirteenth Judicial District,
In and for the County of Yellowstone,
Cause No. DV-20-0846; Honorable Jessica T. Fehr, Presiding

Appellants' has filed an unopposed motion requesting an extension for their Opening Brief to be filed on or before November 1, 2021. Pursuant to the motion, and for good cause being shown:

IT IS HEREBY ORDERED that Appellants' Opening Brief is due on or before November 1, 2020.

DATED:_____      BY:_____
                                    Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2021